**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)   WISAL A. HAJYASIN    Case No. 17-04864    Chapter 13
A/K/A WISAL AL HAJYASIN,

All Cases: Moving Creditor  Select Portfolio Servicing, Inc., as servicer   Date Case Filed 02/20/2017
for U.S. Bank, National Association, as Trustee for the EMC Mortgage
Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A

Nature of Relief Sought:   ☒ Lift Stay  ☐ Annul Stay    ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing   10/12/17    or Date Plan Confirmed  12/14/17

Chapter 7:    ☐ No-Asset Report Filed on
              ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ☒ Home
   b. ☐ Car   Year, Make and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $57,002.08 per Claim 7-2
   Total of all other Liens against Collateral $15,000.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $ 135,000.00 per Debtor's Schedules A & D

5. Default
   a. ☐ Pre-Petition Default
        Number of months  NA            Amount $_____

   b. ☒ Post-Petition Default as of 12/4/18
        i. ☒ On direct payments to the moving creditor
             Number of months  9         Amount $ 6024.57

        ii. ☐ On payments to the Standing Chapter 13 Trustee
             Number of months ___        Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362 (d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid                Amount $
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral

   i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention filed

Date: 12/19/18          /s/ Timothy R. Yueill
                        Submitted By