RECORD AND RETURN TO:
HANOVER CAPITAL PARTNERS LTD.
POST OFFICE BOX 3980
EDISON, NJ 08818-3980
(emc flow)

Doc#: 0707855124 Fee: $46.50
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 03/19/2007 02:38 PM Pg: 1 of 2

**PREPARED BY: ANDREW REYES**
**540 E. MAIN STREET**
**STOCKSTON CA 95202**

Successor in interest to
Long Beach Mortgage
Enterprise Dr
SC 29501

**PARCEL#**

Loan No.            **ASSIGNMENT OF MORTGAGE**

Date of Assignment: **03/20/2003**
Assignor: **Washington Mutual Bank FA**
Assignee:

**EMC Mortgage Corporation**    909 Hidden Ridge Suite 200 Irving, TX 75038

Executed By **WISAL A HAJYASIN,   A MARRIED WOMAN**

To:    **Washington Mutual Bank FA**
Mortgage Dated: **09/05/2000**   and Recorded on **09/12/2000**  as Instrument No. **00703732**
Book **4208**  Page **0019**  in    **Cook**            County    **IL**
Property Address: **2428   W BERWYN**
                 **CHICAGO, IL 60625**

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and no /100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of **$94,500.00** with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

                                               **Washington Mutual Bank FA**

ON **03/20/2003**                           BY: _____

STATE OF CALIFORNIA      ]                  **Jess Almanza**
                         ] SS
COUNTY OF SAN JOAQUIN    ]                  **Asst Vice President**

   ON **03/20/2003**   BEFORE ME,  **H. Schafer**              ,A NOTARY PUBLIC,
PERSONALLY APPEARED      **Jess Almanza**
PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE EXECUTED THE SAME IN HIS AUTHORIZED CAPACITY, AND THAT BY HIS SIGNATURE ON THE INSTRUMENT THE PERSONS, OR THE ENTITY UPON BEHALF OF WHICH THE PERSON ACTED, EXECUTED THIS INSTRUMENT.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
**H. Schafer**

H SCHAFER
Commission # 1386664
Notary Public - California
San Joaquin County
My Comm. Expires Nov 23, 200_

EX:C-1



EMC IMAGED

2781482

**EXHIBIT A**

FILE: ███

UNIT 2S IN THE 2428-30 WEST BERWYN AVENUE CONDOMINIUM, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE:

LOTS 9 AND LOT 10 IN HERBERT M. ROSENTHAL AND ROY M. SCHOENBROD'S BUILDING WOODS ADDITION, BEING A RESUBDIVISION OF LOTS 8 TO 13, BOTH INCLUSIVE, IN THE ASSESSOR'S DIVISION OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 AND THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, TOGETHER WITH CERTAIN STRIPS OF LAND ADJOINING SAID LOTS 8 TO 13 IN THE ASSESSOR'S DIVISION AFORESAID, WHICH SURVEY IS ATTACHED AS EXHIBIT "D" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 96165636, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS.