JPMorgan Chase Bank, NA
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

Loan #: [REDACTED]

Doc#. 1711617054 Fee: $50.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 04/26/2017 11:30 AM Pg: 1 of 2

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact JPMORGAN CHASE BANK, N.A., 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, EMC MORTGAGE LLC F/K/A EMC MORTGAGE CORPORATION, WHOSE ADDRESS IS C/O JPMORGAN CHASE BANK, NA, 700 KANSAS LANE, MC 8000, MONROE, LA 71203, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR EMC MORTGAGE LOAN TRUST 2004-A, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-A, WHOSE ADDRESS IS C/O JPMORGAN CHASE BANK, NA, 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 09/05/2000, and made by WISAL A HAJYASIN to WASHINGTON MUTUAL BANK, FA and recorded 09/12/2000 in the records of the Recorder or Registrar of Titles of COOK County, Illinois, in Book n/a, Page n/a and Document # 00703732. Upon the property situated in said State and County as more fully described in said Mortgage or herein to wit:

SEE EXHIBIT A ATTACHED

Tax Code/PIN: [REDACTED]

Property is commonly known as: 2428 W BERWYN, CHICAGO, IL 60625.

Dated on 04/20/2017 (MM/DD/YYYY)
EMC MORTGAGE LLC F/K/A EMC MORTGAGE CORPORATION

By: _Leshonda Anderson_
Leshonda Anderson
VICE PRESIDENT

STATE OF LOUISIANA PARISH OF OUACHITA
On 04/20/2017 (MM/DD/YYYY), before me appeared Leshonda Anderson, to me personally known, who did say that he/she/they is/are the VICE PRESIDENT of EMC MORTGAGE LLC F/K/A EMC MORTGAGE CORPORATION and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_Katrina Marie Johnson 68375_
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

KATRINA MARIE JOHNSON, NOTARY PUBLIC
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 68375

Document Prepared By: Leshonda Anderson, JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203, 800-401-6587

EX:C-2

'EXHIBIT A'

UNIT 2S IN THE 2428-30 WEST BERWYN AVENUE CONDOMINIUM, AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: LOTS 9 AND LOT 10 IN HERBERT M. ROSENTHAL AND ROY M. SCHOENBROD'S BUILDING WOODS ADDITION, BEING A RESUBDIVISION OF LOTS 8 TO 13, BOTH INCLUSIVE, IN THE ASSESSOR'S DIVISION OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 AND THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 12, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, TOGETHER WITH CERTAIN STRIPS OF LAND ADJOINING SAID LOTS 8 TO 13 IN THE ASSESSOR'S DIVISION AFORESAID, WHICH SURVEY IS ATTACHED AS EXHIBIT "D" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 96165636, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS.