

## MFR Post-Petition Payment History for Filing

| Loan Information | |
|---|---|
| Loan Number | 4617 |
| Debtors Name - 1 | HAJYASIN, WISAL A |
| Debtors Name - 2 | - |
| Property Address | 2428 W BERWYN 2S |
| Property State | IL |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 17-04864 |
| Filing Date | 02/20/2017 |
| Person filing | WISAL A HAJYASIN |
| Number of previous filings | 1 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 04/01/2018 |
| Post petition amount due | $6,047.52 |
| Escrow Shortage | $0.00 |
| Suspense | ($22.95) |
| Total Post petition due | $6,024.57 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| 10/09/2017 | 03/01/2017 | $614.79 | $4,304.00 | |
| | 04/01/2017 | $614.79 | $0.00 | |
| | 05/01/2017 | $614.79 | $0.00 | |
| | 06/01/2017 | $614.79 | $0.00 | |
| | 07/01/2017 | $614.79 | $0.00 | |
| | 08/01/2017 | $614.79 | $0.00 | |
| | 09/01/2017 | $614.79 | $0.00 | |
| 12/28/2017 | Partial Payment | $0.00 | $9.18 | Partial Payment |
| 02/08/2018 | 10/01/2017 | $614.79 | $2,500.00 | |
| | 11/01/2017 | **$623.97** | $0.00 | |
| | 12/01/2017 | $623.97 | $0.00 | |
| | 01/01/2018 | $623.97 | $0.00 | |
| 04/25/2018 | 02/01/2018 | $623.97 | $1,247.94 | |
| | 03/01/2018 | $623.97 | $0.00 | |
| Due | 04/01/2018 | $623.97 | $0.00 | |
| Due | 05/01/2018 | $623.97 | $0.00 | |
| Due | 06/01/2018 | $623.97 | $0.00 | |
| Due | 07/01/2018 | $623.97 | $0.00 | |
| Due | 08/01/2018 | **$700.22** | $0.00 | |
| Due | 09/01/2018 | $700.22 | $0.00 | |
| Due | 10/01/2018 | $700.22 | $0.00 | |
| Due | 11/01/2018 | **$725.49** | $0.00 | |
| Due | 12/01/2018 | $725.49 | $0.00 | |
| Total Due | | $14,085.69 | | Total Pmts Due |
| Total Received | | | $8,061.12 | $6,047.52 |

## EX:D