I, ALI OZTURK, Condo Asso. Manager of 2428-30 W. Berwyn Ave am accepting a payment from WISAL HAJYASIN (OCCUPANT OF 2S) in the amount of $13,500. This agreement amount will relief WISAL HAJYASIN OF ANY DEBT OR LIEN FROM DECEMBER 2017 OR ANY DATE PREVIOUS TO DECEMBER 2017.

ALI OZTURK-CONDO MANAGER of 2428-30 W. BERWYN AVE

State of IL, County of Cook
Signed before me on this 11 day
of Dec, 17 by Ali Ozturk
Notary Public Marnee Vaughters



WISAL HAJYASIN-OWNER OF UNIT 2S OF 2428-30 W. BERWYN AVE

State of IL, County of Cook
Signed before me on this 11 day
of Dec, 17 by Wisal Hajyas
Notary Public Marnee Vaughters



OFFICIAL SEAL
MARNEE VAUGHTERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/02/21