Claim 4 **2428-30 W Berwyn Condo Assoc**
2430 W Berwyn Ave Unit 2N
Chicago IL 60625
(773) 877-9087

(Use CTRL-P to Print this Page)
Close Window

## CLAIM DETAIL

| | |
|---|---|
| Case Number | 1704864 |
| Creditor | 2428-30 W Berwyn Condo Assoc |
| Trustee's Claim Number | 4 |
| Court's Claim Number | 3 |
| Claim Type | U - Mortgage unsecured (U) |
| Claim Filed Date | Tuesday, March 28, 2017 |
| Mortgage Due Date | |

## CLAIM AMOUNTS

| | |
|---|---|
| Claimed Amount | $18,965.20 |
| Scheduled Amount | $15,000.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | |
| Principal Owed | $12,798.35 |
| Principal Paid | $6,166.85 |
| Interest Rate | 3.50 |
| Interest Paid | $50.92 |
| Collateral Value | $0.00 |
| Collateral Description | 2428 W Berwyn Avenue Unit 2S |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 0.00 |

## CLAIM FLAGS

| | |
|---|---|
| Payee Level | 80 |
| Comment | |
| Account Number | xxxxxxxxxxxxxxxcago |
| Special | |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | 2428-30 W Berwyn Condo Assoc |
| Address 1 | 2430 W Berwyn Ave Unit 2N |
| Address 2 | |
| Address 3 | Chicago IL |
| Zip Code | 60625-0000 |
| Contact Name | |
| Phone Number | (773) 877-9087 |
| Creditor Number ShortCut | |

| Additional Names and Addresses | | Date of Last Change |
|---|---|---|
| Payee: | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/1/2017 |
| | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/29/2017 |
| | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/30/2017 |

Disbursements to this Claim



## PAYMENT HISTORY FOR CLAIM 4 - 2428-30 W BERWYN CONDO ASSOC

(Latest Payments First)

| Disb Date | Check Number | Payee Name | Type | Insurance- Prev. Cred- Amount |
|---|---|---|---|---|
| 11/16/2018 | 630019 | 2428-30 W Berwyn Condo Assoc | DISBURSEMENT TO CREDITOR/PRINCIPAL | $6,166.85 |
| 11/16/2018 | 630019 | 2428-30 W Berwyn Condo Assoc | DISBURSEMENT TO CREDITOR/INTEREST | $50.92 |

| Scheduled: | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/1/2017 |
|---|---|---|
| Notice: | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/1/2017 |
| Attorney for Creditor: | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/1/2017 |
| Notice 2: | 2428-30 W Berwyn Condo Assoc • 2430 W Berwyn Ave Unit 2N • Chicago • IL • 60625 | 3/1/2017 |